IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN BAUDE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF SAINT LOUIS, MISSOURI, et al. )<br>)<br>Defendants. ) | Cause No. 4:18-CV-01564-RWS |

**JOINT MOTION TO EXTEND DEADLINE FOR JOINDER OF ADDITIONAL
PARTIES AND AMENDMENT OF PLEADINGS**

The parties jointly move the Court to extend the deadline to join additional parties and amend pleadings. In support of this motion, the parties state as follows:

1. On July 28, 2020, the Court extended the deadline to August 28, 2020 for the parties to join additional parties and amend pleadings. *See* Doc. No. 98.

2. To date, the parties have identified a number of John Doe Defendants in this case and the other related cases pending in this district. However, a few John Doe Defendants remain unidentified.

3. The parties have been collaboratively working to identify the remaining John Doe Defendants.

4. In the past month, the parties have engaged in a number of videoconference calls going over various videos and photographs to work together to identify the remaining John Doe Defendants.

5. The City of St. Louis has committed to using the videos, photographs, and other information provided by Plaintiff to make every effort to identify, if possible, the remaining John Doe Defendants by September 25, 2020.

1

6.    Plaintiff would then need until October 15, 2020, to finalize the amended complaint.

WHEREFORE, for the reasons stated above, Plaintiff and Defendants request this honorable Court to extend the deadline to join additional parties and amend pleadings to October 15, 2020.

| | |
|---|---|
| Date: August 27, 2020 | Respectfully Submitted, |
| JULIAN L. BUSH, CITY COUNSELOR | KHAZAELI WYRSCH LLC |
| /s/ Brandon Laird<br>Brandon Laird, 65564(MO)<br>Abby Duncan, 67766(MO)<br>Robert Dierker, 23671(MO)<br>Amy Raimondo, 71291(MO)<br>1200 Market St., Rm. 314<br>St. Louis, MO 63103<br>314-622-3361<br>314-622-4956 (fax)<br>lairdb@stlouis-mo.gov<br>duncana@stlouis-mo.gov<br>dierkerr@stlouis-mo.gov<br>raimondoa@stlouis-mo.gov<br><br>*Attorneys for Defendants* | /s/ Kiara N. Drake<br>Kiara N. Drake, 67129(MO)<br>James R. Wyrsch, 53197(MO)<br>Javad Khazaeli, 53735(MO)<br>911 Washington Avenue, Suite 211<br>Saint Louis, MO 63101<br>(314) 288-0777<br>(314) 400-7701 (fax)<br>kiara.drake@kwlawstl.com<br>james.wyrsch@kwlawstl.com<br>javad.khazaeli@kwlawstl.com<br><br>and<br><br>ARCHCITY DEFENDERS<br><br>Blake A. Strode, 68422(MO)<br>Michael-John Voss, 61742(MO)<br>Maureen G. V. Hanlon, 70990(MO)<br>John M. Waldron, 70401(MO)<br>Nathaniel R. Carroll, 67988(MO)<br>440 N. Fourth Street, Suite 390<br>Saint Louis, MO 63102<br>855-724-2489<br>bstrode@archcitydefenders.org<br>mjvoss@archcitydefenders.org<br>mhanlon@archcitydefenders.org<br>jwaldron@archcitydefenders.org<br>ncarroll@archcitydefenders.org<br><br>*Attorneys for Plaintiff* |