# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 08, 2020

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

     RE:  20-2864  Brian Baude v. Gerald Leyshock, et al

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

CMH

Enclosure(s)

cc:    Ms. Sima Atri
      Mr. Nathaniel R Carroll
      Ms. Kiara N. Drake
      Ms. Abby Joe Duncan
      Ms. Maureen Hanlon
      Mr. Samuel Henderson
      Mr. Javad Mohammed Khazaeli
      Mr. Brandon David Laird
      Mr. Gregory J. Linhares
      Ms. Erin K McGowan
      Ms. Amy Raimondo
      Mr. Blake A. Strode
      Mr. Michael-John Voss
      Mr. John McCann Waldron
      Mr. Andrew D. Wheaton
      Mr. James R. Wyrsch

District Court/Agency Case Number(s): 4:18-cv-01564-RWS

**Caption For Case Number: 20-2864**

Brian Baude

    Plaintiff - Appellee

v.

City of St. Louis, Missouri

    Defendant

Gerald Leyshock, COL., in his individual and official capacities; Scott Boyher, LT., in his individual and official capacities; Timothy Sachs, LT., in his individual and official capacities; Randy Jemerson, SGT., in his individual and official capacities; Matthew T. Karnowski, SGT., in his individual and official capacities; Brian Rossomanno, SGT., in his individual and official capacities

    Defendants - Appellants

John Does 1-5, in their individual and official capacities

    Defendant

Timothy Bockskopf

    Defendant - Appellant

**Addresses For Case Participants:   20-2864**

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Sima Atri
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Mr. Nathaniel R Carroll
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Ms. Kiara N. Drake
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

Ms. Abby Joe Duncan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Maureen Hanlon
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Mr. Samuel Henderson
HENDERSON LAW FIRM
Sixth Floor
1027 S. Vandeventer Avenue
Saint Louis, MO  63110

Mr. Javad Mohammed Khazaeli
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

Mr. Brandon David Laird
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Erin K McGowan
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Ms. Amy Raimondo
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. Blake A. Strode
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Mr. Michael-John Voss
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Mr. John McCann Waldron
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Mr. Andrew D. Wheaton
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. James R. Wyrsch
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101