IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN BAUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:18-CV-01564-RWS |
| ) | |
| CITY OF SAINT LOUIS, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff moves to enforce the settlement agreement and requests attorneys' fees and costs for having to file this motion. In support of this motion, Plaintiff states the following:

1. On September 22, 2022, the parties executed a settlement agreement memorializing the terms of the agreement reached by the parties at the mediation.

2. Pursuant to the settlement agreement, City agreed to send payment "within thirty (30) calendar days of the parties executing this agreement."

3. The payment was due on October 22, 2022.

4. Plaintiff has not received the payment.

5. Plaintiff has requested an update on the payment numerous times. Defendants have not made the payment. Despite numerous requests, Defendant City has not provided any updates regarding the status of the outstanding payment since October 26, 2022.

WHEREFORE, for the reasons stated above and in the accompanying memorandum of law, Plaintiff respectfully requests the Court to enter an order compelling Defendants to deliver the full payment to undersigned counsel no later than November 10, 2022, and to award Plaintiff attorneys' fees and costs for the filing of this motion. If Defendants fail to make that payment,

Plaintiff respectfully requests the Court to issue order demanding Defendants show cause why they should not be held in contempt.

Date: November 3, 2022

Respectfully submitted,

KHAZAELI WYRSCH LLC

/s/ James R. Wyrsch
Javad Khazaeli, 53735MO
James R. Wyrsch, 53197MO
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com

CAMPBELL LAW, LLC
Alicia Campbell, MO59586
3407 S. Jefferson Avenue
Saint Louis, MO 63118
888-588-5043
314-400-7701 (fax)
alicia@campbelllawllc.com

**Attorneys for Plaintiff**